No. 86–279. BASIC INC. ET AL. v. LEVINSON ET AL. C. A. 6th Cir. Certiorari granted. THE CHIEF JUSTICE took no part

1084

in the consideration or decision of this petition. ■